

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-18-00161-CV |
| IN RE: UNITED SERVICES AUTOMOBILE ASSOCIATION, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Relator, United Services Automobile Association (USAA), filed a mandamus petition against the Honorable Sue M. Kurita, Judge of the County Court at Law No. 6 of El Paso County, Texas. USAA is challenging Respondent's order denying a motion to sever extra-contractual claims from the real party in interest's contractual underinsured motorist claim. USAA also filed a motion to stay all proceedings in the case, including the jury trial set for Monday, September 17, 2018. The real party in interest, Bonnie Earl Smith, filed a response to the motion to stay. The Court previously denied the motion to stay the underlying proceedings. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The

burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus petition and record, and Smith's response to the motion to stay, we conclude that Relator has failed to show it is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus.

September 26, 2018
                                        ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.